IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06 CR 23-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| BILLE ELAINE WITSCHI, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** has now been referred to the undersigned by United States District Judge Graham Mullen regarding a Motion for Reconsideration of Sentence Pursuant to 18 U.S.C. § 3742(e) (#74) which was filed on September 16, 2016. The Government has not responded to the motion. The undersigned will enter an Order directing that the Government respond to Defendant's motion on or before May 17, 2017.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Government is hereby directed to respond to the Motion for Reconsideration of Sentence Pursuant to 18 U.S.C. § 3742(e) (#74) on or before **May 17, 2017.**

1

Signed: May 3, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge